In the Matter of the Application of PORT CHESTER CENTRAL CORPORATION for a Writ of Certiorari, Respondent, to WILLIAM D. HILL, Assessor of the Village of Port Chester, N. Y., WILLIAM BURDELL BANISTER, Mayor of the Village of Port Chester, N. Y., and THOMAS F. J. CONNOLLY and Others, Composing the Board of Trustees of the Village of Port Chester, New York, Appellants — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to MYRON J. SHON, Admitted as MEYER SHON, an Attorney, Respondent.— Motion granted and additional charge referred to Mr. Justice Raymond E. Aldrich to hear and to report, with his opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

FELIX LESK, Respondent, v. LONDON & LANCASHIRE INDEMNITY COMPANY OF AMERICA, Appellant. EDWARD TIMMS, Respondent, v. LONDON & LANCASHIRE INDEMNITY COMPANY OF AMERICA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty Adel, Taylor and Close, JJ.

NEW YORK TRAP ROCK CORPORATION and Others, Respondents, v. THE NATIONAL BANK OF FAR ROCKAWAY, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

SOPHIE NILSON, as Executrix, etc., of VICTOR NILSON, Deceased, Respondent, v. HARRY C. OPPENHEIMER, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See 260 App. Div. 670.] Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

REUBEN RABB, Appellant-Respondent, v. SELECTROL FUEL OIL CORPORATION, Respondent-Appellant.—Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

SAMUEL RABIN, Respondent, v. GEORGE CASSIDY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

FRIEDA RASMUSSEN and Another, Appellants, v. FISHKIND BUILDING CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

SANI-PORCELAIN ENAMEL PRODUCTS, INC., Respondent, v. AVENUE P AND EAST 19TH STREET CORPORATION and Another, Defendants; ISIDOR. WEINSTEIN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J.,Hagarty, Adel, Taylor and Close, JJ.

ANNA SAPEGO and FRANK SAPEGO, Respondents, v. THE INCORPORATED VILLAGE OF MOUNT KISCO, NEW YORK, Appellant, and YOUNG AND HALSTEAD COMPANY, Appellant-Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See 260 App. Div. 931.] Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.